## DEWITT AND DAVISON v. VLIET.

*Granted the rule.*

CITED *in Moore* v. *Cent. R. R. Co.*, 4 *Zab.* 277.